UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

|                          |                          |
|--------------------------|--------------------------|
| RASHAUD JONES,           | CASE NO. 4:19-CV-2326    |
|     Petitioner, |               |
| vs.                      | ORDER                    |
| MARK K. WILLIAMS,        |                          |
|     Respondent. |               |

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

*Pro se* Petitioner Rashaud Jones filed this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. He, however, did not tender the filing fee nor did he file an Application to Proceed *In Forma Pauperis*. On October 30, 2019, Petitioner was ordered either to pay the $5.00 filing fee or to file an Application to Proceed *In Forma Pauperis*, within thirty (30) days of the date of that Order. He was notified that failure to comply with that Order may result in dismissal of this action without further notice. Although well more than thirty (30) days have passed, Petitioner has not submitted the filing fee nor has he filed an Application to Proceed *In Forma Pauperis*.

Accordingly, this action is dismissed for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

  s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE